IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

S))))))))))))))))Q
No. 92-7806
S))))))))))))))))Q

DAVID J. BARRY, ET AL.,

Plaintiffs-Appellants,

versus

KIRK FORDICE, Governor, in his capacity as
Chairman and Commissioner of the State Bond
Retirement Commission and in his capacity as
Commissioner of the State Bond Commission,
ET AL.,

Defendants-Appellees.

S))))))))))))))))))))))))Q
Appeal from the United States District Court for the
Southern District of Mississippi
S))))))))))))))))))))))))Q
(Noverber 10, 1993)

Before GARWOOD and BARKSDALE, Circuit Judges, and WALTER,[*] District
Judge.

PER CURIAM:

   Plaintiffs-appellants appeal the district court's dismissal of
their suit for want of jurisdiction under the Eleventh Amendment.
We affirm for the reasons stated by the district court in its
opinion.  *Barry v. Fordice*, 814 F.Supp. 511 (S.D. Miss. 1992).

AFFIRMED.

_____

[*]    District Judge of the Western District of Louisiana, sitting
by designation.